# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC11 | E 1619674 | Ogden | 0218 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 4/21/2022 2219
Offense Charged: ☐ CFR ☐ USC ☒ State Code — NCGS 20-138.1

Place of Offense: Gruber / Merill

Offense Description: Factual Basis for Charge
Impaired Driving (Refused)
SPC-WABM T0

### DEFENDANT INFORMATION

Last Name: Akinrosotu
First Name: Israel
M.I.: A.

City: Palm Bay
State: FL
Zip Code: 32909

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 3d Green St.
Date: 5/11/2022
Time: 8:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Issued

Original - CVB Copy

*E1619674*

Case 5:22-mj-01407-RN    Document 1    Filed 05/02/22    Page 1 of 2

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 4/21, 20 22 while exercising my duties as a law enforcement officer in the Eastern District of NC

At 2219 hrs, 21 Apr 22, 5-11 Ogdon observed a 2017 BMW 440I, NC JJP-3449, operated by Akinrosotu traveling east on Gruber Rd./Merill St. in lane 2 in a wanton disregard for the safety of others at a speed which was greater than the posted speed limit and failing to maintain the limits of his lane. The speed was verified by RADAR as 61 MPH in a 25 MPH zone. A traffic stop was conducted. Upon approach of Akinrosotu's vehicle, 5-11 detected an odor of alcohol emitting from Akinrosotu's person. Standardized Field Sobriety Tests were conducted, which warranted further action. Akinrosotu was apprehended, transported to the Fort Bragg Law Enforcement Center and refused an Intox EC/IR II test. Akinrosotu was issued four citations with his mandatory court appearance at 0800 hrs, 11 May 22. Akinrosotu was also issued a one year Suspension of Post Driving Privileges Memorandum, further processed and released to SSG McGee, his Squad Leader.

The foregoing statement is based upon:
/ my personal observation
/ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 4/21/2022    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident